UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                            :
SHARMAINE OLIVE EDWARDS,                                     :            03 CV 4703 (ARR)
                                                            :
                              Appellant,                    :            NOT FOR
                                                            :            PUBLICATION
        -against-                                           :
                                                            :            ORDER
MICHAEL J. MACCO,                                           :
                                                            :
                              Appellee.                     :
                                                            :
------------------------------------------------------------------- X
ROSS, United States District Judge:

On July 11, 2003, appellant pro se Sharmaine Edwards filed the instant appeal from an

order of the Bankruptcy Court entered on July 1, 2003. After a lengthy procedural history,

detailed in the court's order dated March 31, 2005, a copy of which is attached, this court

directed Appellant, by April 22, 2005, either to file an appeal brief or to send a letter to the

court indicating her intention to rely on her submission of March 12, 2004, entitled "Brief in

Support on Appeal." This order was not returned as undeliverable. Nevertheless, as of today's

date, the court has received neither a brief nor a letter from Appellant.

By letter dated April 29, 2005, the Appellee requests dismissal of this action. If

Appellant wishes to pursue her appeal, she is directed either to file an appeal brief or to submit

a letter indicating her intention to rely on her March 12, 2004 submission no later than May 18,

2005. The Appellant is advised that a failure to submit the requested documents by this date

will result in dismissal of this action.

Appellant is again advised that this court will not accept any filings that do not include proof of service on the bankruptcy trustee. See Fed. R. Civ. P. 5. Proof of service requires Appellant to affirm under penalty of perjury that she mailed or delivered a copy of the relevant document to the trustee, Michael Macco, at 135 Pinelawn Road, Suite 120 South, Melville, New York 11747. This affirmation must contain the date and manner of service and must be signed by Appellant. Any documents filed without proof of service will be returned to Appellant.

SO ORDERED.

Allyne R. Ross
United States District Judge

Dated: May 2, 2005
       Brooklyn, New York

SERVICE LIST (with attachments):

*Appellant pro se*

Sharmaine Edwards
c/o Johnny Petway
556 Gates Avenue
Brooklyn, NY 11221

*Appellee/Trustee*

Michael J. Macco
Chapter 13 Trustee
135 Pinelawn Road, Suite 120 South
Melville, NY 11747

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    MAR 0 1 2005    ★

P.M. _____ X _____
TIME A.M. _____ _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

| | |
|---|---|
| SHARMAINE OLIVE EDWARDS, | 03 CV 4703 (ARR) |
| Appellant, | NOT FOR PUBLICATION |
| -against- | |
| MICHAEL J. MACCO, | ORDER |
| Appellee. | |

-------------------------------------------------------------- X

ROSS, United States District Judge.

On July 11, 2003, appellant pro se Sharmaine Edwards filed the instant appeal from an

order of the Bankruptcy Court entered on July 1, 2003. The court dismissed the appeal without

prejudice on March 11, 2004. Appellant filed a Notice of Appeal with the Second Circuit

Court of Appeals on April 15, 2004. On the same day, appellant submitted a filing to the Chief

Judge of this court. By Memorandum and Order dated August 9, 2004, this court indicated

that although it was without jurisdiction at that time due to the appeal, the court intended to

vacate the dismissal pursuant to Federal Rule of Civil Procedure 60(b) should the Court of

Appeals remand the action. The action was remanded on March 18, 2005. The court's

memorandum and order dated March 11, 2004 dismissing the appeal is hereby vacated and

withdrawn.

The court has before it a submission from appellant entitled "Brief in Support of

Appeal," a copy of which is attached, filed with the court on March 12, 2004, and again on

April 15, 2004. If appellant intends that this document serve as her brief supporting her appeal

1

of the bankruptcy court's decision, the court asks that she indicate this in a letter to the court and the Bankruptcy Trustee. If plaintiff previously filed a different document intended to serve as her appeal brief, the court regrets that it does not have a copy of that document and asks appellant to file another copy of that document or file a new brief with the court.

Appellant is advised that this court will not accept any filings that do not include proof of service on the bankruptcy trustee. See Fed. R. Civ. P. 5. Proof of service requires Appellant to affirm under penalty of perjury that she mailed or delivered a copy of the relevant document to the trustee, Michael Macco, at 135 Pinelawn Road, Suite 120 South, Melville, New York 11747. This affirmation must contain the date and manner of service and must be signed by Appellant. Any documents filed without proof of service will be returned to Appellant.

Appellant is directed to file her brief or send a letter indicating her intention to rely on the March 12, 2004 document no later than April 22, 2005. Appellee's brief shall be served and filed within 15 days after service of appellant's brief. Appellant is directed to serve and file her reply brief, if any, within 10 days after service of appellee's brief.

SO ORDERED.

Allyne R. Ross
United States District Judge

Dated: March 31, 2005
      Brooklyn, New York

2

SERVICE LIST (with attachments):

*Appellant pro se*

Sharmaine Edwards
c/o Johnny Petway
556 Gates Avenue
Brooklyn, NY 11221

*Appellee/Trustee*

Michael J. Macco
Chapter 13 Trustee
135 Pinelawn Road, Suite 120 South
Melville, NY 11747

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - -x

Sharmaine Edwards,

                    Plaintiff                    Brief in Support
                    Appellant                    of Appeal

                                                 103 CV 0473

            Debtors

- - - - - - - - - - - - - - - - - - - - - - -x


US Code Title 11 Amended by Pub. L. 95-598 effective
Oct. 1, 1979, See Section 402(a) of Pub. L. 95-598,
Set out an effective Date note procedings Section 101
of Title 11, Bankruptcy.

       Amended by Pub. L. 95-575 effective Nov.
2, 1978, See Section 4 of Pub. L. 95-575, Set out
as an Effective Date note under Section 2341 of
This Title

Councel by Forging and/or accepting a Forged Signature
on Affidavit Pursuant to Local Rule 1009-1(a) OF 9-6-02
Claiming of Mortgage in amount $150,000.00 OF 2/95
which I never signed which caused serious damages both
To my case and my mental and physical existance and
my bankruptcy case for which he was paid a sum
of $2050.00 violated my resonable expectation of
protection under UCC Vol. 2. § Law 18-1(2), UCC §
Law 2-402(a).

US Code Title 18 Section 1344 and Section 1503.

2. The New York City Law Department of Chief Counsel Micheal Cardizo Corporation Counsel 100 Church Street New York, New York. As Attorneys at Law and Officers of the Court by filing and enforcing and refusing to Correct a Fraudulent Tax Increase from $625.31 per quarter to $5,979.40 per quarter in a single increase has violated US Code Title 18, - Rico Law Section 1503 obstruction of Justice.

US Code Title 18 - Rico Law Section 1344 Financial Institution Fraud. Amended 1989 -- Paragraph (1) Pub. L. 101-73 insert " Section 1344 (relating to Financial Institution Fraud.
In regards to the balance claimed on the Mortgage with the City of New York and not the Coffee Group Inc. Holler Realty Corp. as in document Filed in State Supreme Court.

US Code Title 29 (6) Rico Law.

US Code Title 18 Section 891-894.

US Code Title 18 Section 1344.

Proceedings of the Council of the City of New York Vol. 1-a part 1 Jan 9, 1991 to May 7, 1991 AL2, 16 Copy 2 Code Int 584 Tax Real Property Levy / Collection 1991 adopted 85.

Proceedings of the Council of the City of New York Vol. 1-A part 1 Jan 9, 1991 to May 7, 1991 AL2, 16 Copy 2 Code Int 744 Tax Rates Filed 2121.

Proceedings of the Council of the City of New York Vol. 1-A part 1 Jan 9, 1991 to May 7, 1991 AL2, 16.

Copy 2 Code Int 749 Assors Real Property Duties
Adopted.

General City Laws Article 2-aw.

General City Laws Article 2-a3b.

3. The Freedom of in Furmation Act USC § Law 552 as
amended by Public Law No. 104-123, 110 Stat. 3048.
By representing and or Mentioning (quoting) outstanding
Tax debts due the City of New York separate from listed
on the proof of claims and its Fraudulent Claims included
in Trustee Macco Calculation said the Plan Needed $1042
.00 monthly For him to ok the Plan, in the Sum of $13,604
.39 d paid by Check # 6006226329 and cleared Form Green Point
Bank.

Trustee "Bankruptcy only" Michael J. Macco used
Michael VUOLO, JR. over 18 years old who resides
in Masphth, New York To Serve Notice of Motion
with Proposed Order To Dismiss Exhibit 14 Last
page on Case No. 102-16879-608 From office of the
United States Trustee, Long Island Federal Court House,
560 Federal Plaza, Central Islip, N.Y. 11722
upon Shermann Olive Edwards; 178-24 Leslie Road
St. Albans, N.Y. 11434 Pro-Se Debtors Violation

US Code Title 18 Rico Law Section 1341 mail Fraud.

Us Code Title 18 Rico Law obstruction of Justice

United States Constitution 4 amendment equal
protection under the Law.

UCC Article 3 2001 - 2002 Fair Debt Coll

4. Rosicki, Rosicki e Associates PC
One Old Country Road Suit 200
Garden Place New York 11514
Phone # 516-741-2585
Fax # 516-470-0973

Filed Index # No. 27379/03 on behalf of
of J. E. Roberts e Companies, 6 Devine Street,
North Haven CT 0648-2183 against Terry Bennett
Wells Fargo Homes and the entire listing of Thirty
Three Lines List as defendants who Failed To
include the legal owner and Failed To properly or
Otherwise Serve The Complaint on legal owner address
or person.

Attorney at Law
Jay L Yackow
One Old Country Road
Garden Place New York 11514

Also Filed in the year 2002 Index # No. 1585/
02 on behalf of J. E. Roberts e Company 6
Devine Street, North Haven CT 0648-2183.

Violating US Code Title 18 Rico Law Section
1511 obstruction of State and Local Law enforcement

US Code Title 18 Rico Laws 1952 racketeering

US Code Title 18 Rico Laws Section 186 Okany
Offense involving Fraud Connected with Case under
US Code Title 11.

United States Constitution 14 amendment equal
Protection under the Law.

U.S.C. 28 §Law 157, 11 U.S.C. §Law 362 and Rule 4001 of the Federal Rules of Bankruptcy Procedures.

U.S. Code Title 18 Section 891-894 Extortionate Credit Transactions as Amended 1989--paragraph V) Pub. L. 101-73 inserted Section 1344 relating to Financial Institution Fraud.

U S Code Title 18 Section 1341 Mail Fraud.

US Code Title 18 Section 1344 Financial Institution Fraud

UCC Vol. 2 - §Law 703 by Filing 100% plan which would not Force me to include and/or appraise Vacant Lot to include in Bankruptcy plan the Court issued an order which may be Construed as above.

Date March 12th 2004

Signed

Sharmaine Edwards