UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHARMAINE EDWARDS,

                          Debtor and Appellant,

-against-

MICHAEL J. MACCO,

                          Trustee and Appellee.
-----------------------------------------------------------------X

JUDGMENT
03-CV- 4703 (ARR)

       An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on November 21, 2005, affirming United States Bankruptcy Court Judge Carla E. Craig's final order dismissing Ms. Edwards' Chapter 13 bankruptcy case due to Ms. Edwards' non-compliance with judicial orders; it is

       ORDERED and ADJUDGED that debtor and appellant take nothing of the trustee and appellee; and that the final order of United States Bankruptcy Court Judge Carla E. Craig's dismissing Ms. Edwards' Chapter 13 bankruptcy case due to Ms. Edwards' non-compliance with judicial orders is affirmed.

Dated: Brooklyn, New York
         November 21, 2005

                                                        ROBERT C. HEINEMANN
                                                        Clerk of Court